**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 26-20968-CIV-SMITH**

BRAULIO ANASTACIO VASQUEZ MELGAR,

Petitioner,

v.

PAMELA BONDI, *et al*.,

Respondents.
____________________________________/

**ORDER OF DISMISSAL**

This cause comes before the Court upon review of Petitioner's Motion for Voluntary Dismissal [DE 9]. Upon consideration, it is

**ORDERED** that:

1. Petitioner's Petition for Writ of Habeas Corpus [DE 1] is **DISMISSED without prejudice**.
2. Any stay previously entered in this matter is **DISSOLVED**.
3. This Case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 9th day of April, 2026.

________________________________
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel or record